UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD Barnes

_District judge George B. Daniels_

_Magistrate judge Henry B. Pitman_

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-   N.Y.P.D

Police officer Joseph Carolan
Tax # 953730 , N.Y.P.D Police officer
Joseph Fratto Tax # 953882 and
The City of New York,

_2nd Amended_

**COMPLAINT**

16CV6044

Jury Trial: ☑ Yes   ☐ No

(check one)

RECEIVED
SDNY PRO SE OFFICE
2016 DEC -1 PM 3:15
S.D. OF N.Y.

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/16

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   EDWARD C Barnes
Street Address   502 W 151 ST   Apt 4E
County, City   New York, Manhattan
State & Zip Code   New York   10031
Telephone Number   646 624-6399

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   N.Y.P.D Joseph Carolan Tax # 953730
Street Address   2207 AmsterDam avenue New York
N.Y.   33rd Precinct

Rev. 05/2010

County, City _____ MaNHaTTaN

State & Zip Code _____ New York 10031

Telephone Number _____

**Defendant  No. 2**   Name N.Y.P.D *officer* JosepH FraTTo Tax #953882

Street Address 2207 AmsterDam ave

County, City _____ MaNHaTTaN

State & Zip Code _____ New york: 10031

Telephone Number _____

**Defendant  No. 3**   Name _____ City of New York Law DepartmeNT

Street Address _____ 100 cHurcH ST

County, City _____ MaNHaTTaN

State & Zip Code _____ New york 10007

Telephone Number _____

**Defendant  No. 4**   Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions                 ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? My 4th amendment Federal Constitutional right.

_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.   Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? _151ST_ and amsterdam Broadway is the other corner

B.   What date and approximate time did the events giving rise to your claim(s) occur? On April 19, 2015, ~~I left my apartment to walk a friend to the train~~ ~~Station, as I was approaching a garbage can to throw away a~~ ~~non~~ afternoon, evening

C.   Facts: I left my apartment to walk a friend to the train Station, as I approached a garbage can to throw away a non alcoholic beverage container I was approached by Joseph Carolan, Joseph Fratto and another officer was a few feet away. Detained, Searched and Arrested. Joseph Carolan Demanded that I produce Identification I produced my Drivers license. I was Forced to wait 5 to 10 minutes while he checked for warrants for my arrest. The Defendants Determined that there were No warrants for my arrest I asked for my Identification Back he refuse to give it to me, before you no it they asking me to Empty out my pockets I asked again for my Identification before I No it one is grabbing my right arm another my left arm A third Patting My Pockets. A lot of people that live on the Block 151ST.

| What happened to you? |
| Who did what? |
| Was anyone else involved? |
| Who else saw what happened? |

IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

I suffered from embarrassment, Humilliation and emotional Distress.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I am Seeking Compensatory Damages, Punitive Damages, Declaratory and injunctive relief. I am Seeking Compensatory Damages in the amount of $ 150,000.00 I am Seeking Punitive Damages in the Amount of $ 100,000.00. I reserve the right to Set Forth the Declaratory and injunctive relief that I Seek at a Furture Date.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1__ day of __Dec__, 20_16_

Signature of Plaintiff    _Edward Barnes_

Mailing Address    _502 W 151ST APT 4E_
_New York N.Y. 10031_

Telephone Number    _646 624-6399_

Fax Number *(if you have one)* _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.   Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _____

Inmate Number    _____

*Rev. 05/2010*

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER: 434734

THE PEOPLE OF THE STATE OF NEW YORK
                                VS

BARNES, EDWARD
Defendant

502 WEST 151 STREET
Address

MANHATTAN          NY  10031
City              State  Zip

08/20/1970
Date of Birth

5869131P
NYSID Number

04/19/2015
Date of Arrest/Issue

Docket Number: 2015NY034707

Summons No:

265.02
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 12/07/2015 | DISMISSED - MOTION OF DA | SOKOLOFF,L | F |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY      _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

REID,C
COURT OFFICIAL SIGNATURE AND SEAL

01/22/2016
DATE          FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

SEALED

pursuant to Section 160.50 of the CPL



**Massiah, Elaine (SBS)**

| | |
|---|---|
| **From:** | Haslam, Julia (SBS) |
| **Sent:** | Sunday, June 22, 2014 9:05 PM |
| **To:** | Massiah, Elaine (SBS); Johnson, Kelvin (SBS) |
| **Subject:** | Fw: Your Order Is On Its Way - Order W282895009 |

**From:** HomeDepot@homedepot.com [mailto:HomeDepot@homedepot.com]
**Sent:** Saturday, June 21, 2014 08:39 AM
**To:** Haslam, Julia (SBS)
**Subject:** Your Order Is On Its Way - Order W282895009

Please keep this email for your records.
Please add OnlineCustomerCare@homedepot.com to your address book.Learn how.



More saving. **More doing.**                      Shipping Confirmation

| APPLIANCES | BATH | LIGHTING | FANS | FLOORING | OUTDOORS | TOOLS & HARDWARE |
|---|---|---|---|---|---|---|

🏷 FREE SHIPPING*    +    🛍 FREE IN STORE PICK UP    +    📦 FREE RETURNS**

Order Number: W282895009
Order Date: Jun 20, 2014 2:40:40 PM EST
Carrier: **UPS**
Tracking Number(s): 1Z40E35V0267339092 /
1Z40E35V0267339092
Please note that this carrier only has access to package/shipment tracking information.

Returns Associate Instructions
1. Scan/enter receipt barcode
2. Scan/enter item UPC



8119 48 88517 06/21/2014 1441

Dear JULIA HASLAM,

One or more of the items on your order W282895009 have shipped. Please review
shipment details below.

| Qty Ordered | Internet # | UPC Code | Product Description | Qty Shipped | Return Policy | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 203301677 | 885911065818 | Bi-Metal Reciprocating Saw Blade Set with Case (10-Piece) | 1 | A | $20.17 | $20.17 |
| 1 | 205074559 | 076174102741 | Quick Change Retractable Knife (2-Pack) | 1 | A | $9.97 | $9.97 |
| | | | | | | Subtotal: | $30.14 |
| | | | | | | Shipping: | $18.00 |
| | | | | | | Estimated Sales Tax: | $0.00 |
| | | | | | | Order Total: | $48.14 |

**Shipping Address:**   110 William Street, 8th Floor   **Shipping Date:**   Jun 20, 2014 8:35:23 PM

NEW YORK, NY 10038



1













維康西藥房 **BUY-RITE PHARMACY II**
(CHOI & TAM INC.)
105 LAFAYETTE ST, NEW YORK, N.Y. 10013   212-966
RX#:763870C  0/0   JL
D/F: 11/18/201
INO: 11/18/201
BARNES, EDWARD C
502 W 51 S  4E NEW YORK NY 10031                        [C]
1 TABLET TWICE A DAY
*MAXIMUM 2  PILLS A DAY*
ALPRAZOLAM * 2MG TAB                    Qty:60
(GENERIC for XANAX) Mfg  GREENSTONE)
Dr. AGUSTIN, ERIE T            Ref: 0



維康西藥房 **BUY-RITE PHARMACY II**
(CHOI & TAM INC.)
106 LAFAYETTE ST., NEW YORK, N.Y. 10013   212-966-9239

RX#:761660N   0/0   MX   L/F 10/7/2015
                                L/O 10/4/2015

BARNES, EDWARD C
502 W 51 ST 4E NEW YORK NY 10031          [C]

TAKE 1 TABLET EVERY 6
HOURS *MAXIMUM 4 PILLS
PER DAY*

CONTROLLED SUBSTANCE. DANGEROUS
UNLESS USED AS DIRECTED.
CAUTION: Federal law prohibits the transfer of
this drug to any person other than the patient for
whom it was prescribed.

OXYCODONE/APAP 10-325MG TAB
(GENERIC TR PERCOCET 10/325MG)
Dr. AGUSTIN, ERIE T        Ref 0          Qty:120



維康西藥房 **BUY-RITE PHARMACY II**
(CHOI & TAM INC.)
106 LAFAYETTE ST., NEW YORK, N.Y. 10013   212-966-9239

RX#:761660N   0/0   MX   D/F 10/7/2015
D/O 10/4/2015

BARNES, EDWARD C
502 W 51 ST 4E NEW YORK NY 10031   [C]

TAKE 1 TABLET EVERY 6
HOURS *MAXIMUM 4 PILLS
PER DAY*   CONTROLLED SUBSTANCE. DANGEROUS
UNLESS USED AS DIRECTED.
CAUTION: Federal law prohibits the transfer of
this drug to any person other than the patient for
whom it was prescribed.

**OXYCODONE/APAP 10-325MG TAB**
(GENERIC FOR PERCOCET 10/325 MG)

Dr. AGUSTIN, ERIE T          Ref 0          Qty:120