Docket and File

Magistrate Judge Henry Pitman
District Judge George B Daniels
16-CV-06044

Edward Barnes
V
N.Y.P.D. Officer Carolan, Fratto Etc, AL

Magistrate Judge Henry Pitman District Judge George B. Daniels, MS March Had the perfect oppuntunity to have this case Dismissed I didn't come for my first Disposition because I thought I didn't have to, once it was mandatory by the court/Judge I was being there, ms march give me a heads up (reminder,) the Day before the next Scheduled Disposition which I told Her I'll be there, from me having so much on my mind or just going through So much, I forgot She could have notified the court I was a no Show or Disregarded a Direct order by the court to appear for a Disposition and ask the court to Dismiss the case Instead She called me and I had truely forgot and She let me still come I thank Her for that.

Thanks in Advance

Edward Barnes



RECEIVED
NOV 29 2018
CHAMBERS OF
HENRY PITMAN
U.S.M.J.

Edward Barnes           Magistrate Judge
      vs                Henry Pitman
NYPD Officers           District Judge
Carolan, Fratto         George B Daniels
Etc., AL    16-CV-06044

Magistrate Judge Henry Pitman District Judge George B Daniels from me walking from my building to the corner finishing an NON alcoholic Beverage throwing it in the trash can resulted to my Fourth amendment constitutional right being voilated and me being arrested with no probable cause for that I hope the court/Judge see things in my favor. Shortly I didn't resist either.

                    Thanks in ADvance
                    Edward Barnes



RECEIVED
NOV 29 2018
CHAMBERS OF
HENRY PITMAN
U.S.M.J.



Magistrate Judge: Henry Pitman
District Judge: George B. Daniels
500 Pearl St
New York N.Y. 10007